# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JESUS FRANCISCO PARTIDA-PACHECO,<br>  aka "Francisco Partida-Pacheco,"<br>  aka "Francisco Pacheco,"<br><br>Defendant. | Case No. 2:21-cr-00297-APG-VCF<br><br>**Order Directing Probation to**<br>**Prepare a Criminal History Report** |

Based on the stipulation of counsel, good cause appearing, and the best interest of justice being served:

IT IS HEREBY ORDERED that the U.S. Probation Office is directed to prepare a report detailing the defendant's criminal history.

DATED this <u>8th</u> day of November, 2021.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE